Filing # 78346120 E-Filed 09/24/2018 05:23:12 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

JUAN FONSECA,

    Plaintiff

v.

WAL-MART STORES EAST, LP.,    CIVIL DIVISION

    Defendant.    CASE NO.:
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **JUAN FONSECA**, by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES EAST, LP.**, and alleges:

1. This is an action for damages which exceeds Fifteen Thousand Dollars ($15,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **JUAN FONSECA**, was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **WAL-MART STORES EAST, LP.**, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Davie, Broward County, Florida.

4. Venue is proper in this County in that the Defendant does business in Broward County, Florida, and/or all of the acts complained of herein occurred in Broward County, Florida.

5. That on or about December 24, 2015, the Plaintiff, **JUAN FONSECA**, was a business invitee of the Defendant, **WAL-MART STORES EAST, LP**'s premises located at 4301 S University Driver, Davie, FL 33328.

## COUNT 1 - NEGLIGENCE CLAIM AGAINST WAL-MART STORES EAST, LP.

6. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

7. That at all times material hereto, and specifically on December 24, 2015, Defendant, **WAL-MART STORES EAST, LP.**, owned, managed, controlled, operated, and/or maintained the premises located at 4301 S University Drive, Davie, FL 33328, in Broward County.

8. That on or about December 24, 2015, the Plaintiff, **JUAN FONSECA**, was lawfully in Defendant, **WAL-MART STORE EAST, LP.'S** premises, when he when he slipped and fell on metal hangers that were on the floor.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing metal hangers at remain on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said metal hangers from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing metal hangers to be left on the floor of the premises so as to cause the Plaintiff's injury.

- 3 -

11. The dangerous condition existed for such a length of time that, in the exercise of ordinary care, the business establishment should have known of the condition; and/or

12. The dangerous condition occurred with regularity and was therefore foreseeable; and/or

13. The Defendant had actual notice of the dangerous condition.

14. As a direct and proximate result of the aforementioned negligence of the Defendant, **WAL-MART STORES EAST, LP.**, the Plaintiff, **JUAN FONSECA**, sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **JUAN FONSECA** will suffer the losses into the future.

WHEREFORE, the Plaintiff, **JUAN FONSECA**, hereby demands judgment for damages, costs and interest from the Defendant, **WAL-MART STORES EAST, LP.**, together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **JUAN FONSECA,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: September 24, 2018

> **RUBENSTEIN LAW, P.A.**
> Attorneys for Plaintiff
> 9130 S Dadeland Boulevard
> Datran II - PH
> Miami, FL 33156
> Tel: (305) 661-6000
> Fax: (786) 230-2934
> Email:  tony@rubensteinlaw.com
>              nancy@rubensteinlaw.com
>              eservice@rubensteinlaw.com
>
> By:   /s/ *Anthony J. Soto*
>         **ANTHONY J. SOTO**
>         Florida Bar No.: 816159